UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EVA MARIA MONTANO VARGAS,

Petitioner,

v.

WARDEN, Adelanto ICE Processing Center,

Respondent.

Case No. 5:26-cv-05691-MWC-JDE

ORDER ACCEPTING, IN PART, REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Under 28 U.S.C. § 636, the Court has reviewed the unopposed Petition for Writ of Habeas Corpus (Dkt. 1) and the Report and Recommendation of the magistrate judge (Dkt. 6). As no party filed a timely objection to the Report, the Court largely accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT:

(1) Judgment be entered granting the Petition;

(2) A writ of habeas corpus be issued requiring Petitioner Eva Maria Montano Vargas' (A# 233 220 622) immediate release subject to the same conditions of supervision that were in place before her September 16, 2026, detention, and prohibiting her re-detention unless Respondents first provide notice and a hearing where Respondents must show material changed circumstances justifying Petitioner's detention;

(3) When releasing Petitioner, Respondents are ordered return any property seized from her in the course of her arrest and detention; and

(4) Respondents are required to file a status report within three (3) days confirming that Petitioner has been released from Respondents' custody consistent with this order.

Dated: October 21, 2026

MICHELLE WILLIAMS COURT
United States District Judge