UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA MARIA MONTANO VARGAS,<br><br>Petitioner,<br>v.<br><br>WARDEN, Adelanto ICE Processing Center,<br><br>Respondent. | Case No. 5:26-cv-05691-MWC-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting, in Part, the Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, AND DECREED that:

(1) The Petition is GRANTED;

(2) Respondents are ORDERED to immediately release Eva Maria Montano Vargas (A# 233 220 622) from custody subject to the same conditions of supervision that were in place before her September 16, 2026, detention, and prohibiting her re-detention unless Respondents first provide notice and a hearing where Respondents must show material changed circumstances justifying Petitioner's detention;

(3) When releasing Petitioner, Respondents are ORDERED return any property seized from her in the course of her arrest and detention; and

(4) Respondents are ORDERED to file a status report within three (3) days confirming that Petitioner has been released from Respondents' custody consistent with this order.

Dated: October 21, 2026

MICHELLE WILLIAMS COURT
United States District Judge